

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00433-CR

**EX PARTE** Marcelo **PARODI**

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 2460
Honorable Wayne A. Christian, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice

Delivered and Filed:  February 27, 2013

DISMISSED

      Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal.

The motion is granted, and this appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH